IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CURTIS TYRONE MORGAN** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 10-00665-KD-N |
| **CARTER DAVENPORT,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 19, 2012 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Plaintiff's Complaint is hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the **10**th day of **February 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**