IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CURTIS TYRONE MORGAN** | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 10-00665-KD-N |
| **CARTER DAVENPORT,** *et al.*, | : |
| Defendants. | : |

**JUDGMENT**

In conjunction with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Plaintiff's Complaint is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the **10th** day of **February 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**